## Case No. 16,066.

### UNITED STATES v. POMPEY.

[2 Cranch, C. C. 246.] [1]

Circuit Court, District of Columbia. May Term, 1821.

#### SLAVERY.

Quære, whether an indictment will lie, at common law, for enticing away a slave.

Indictment [against the negro Pompey] at common law for enticing away a slave belonging to Judge Washington.

Verdict, guilty, and the jury assessed the fine at $50.

THE COURT (THRUSTON, Circuit Judge, absent) were doubtful whether the indictment could be supported in law; but as there was no motion in arrest of judgment, it was entered up for the fine as assessed by the jury. See 1 Hayw. 13; 2 Hayw. 106.